## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Pro Se Litigant Nubian Nuh Mohammed, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Universal Protection Service, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 24-CV-11066-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 26] entered on 8/6/24, it is hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 8/6/2024                                                                                         By the Court,

/s/ Courtney Horvath
Deputy Clerk